UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

  -v-

KEVIN MIZELL,

                Defendant.

No. 14-CR-212 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court being in receipt of Mr. Mizell's written request for early termination of his supervised release, IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Tuesday, September 30, 2025, at 11:00 a.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for a status conference.

SO ORDERED.

Dated:    September 23, 2025
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE
Sitting by Designation