UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>KEVIN MIZELL,<br><br>                      Defendant. | No. 14-CR-212 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated on the record at the conference held earlier this morning, IT IS HEREBY ORDERED THAT Mr. Mizell's term of supervised release is terminated. The Court congratulates Mr. Mizell on his success while on supervised release and extends its best wishes to Mr. Mizell and his family.

SO ORDERED.

Dated:      September 30, 2025
               New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE
                                                Sitting by Designation